UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
RYAN HORTON,

                                        Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF ANTHONY J. LaROCCO, in his individual and official capacities, LT. DONNERY, in his individual and official capacities, CORRECTIONS OFFICER HOLMES, in his individual and official capacities, and CORRECTIONS OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities,

                                        Defendants.
------------------------------------------------------------------------ X

Docket No: 2:24-cv-07883 (SJB)(AYS)

**NOTICE OF MOTION TO WITHDRAW AS ATTORNEY**

      **PLEASE TAKE NOTICE** that Horn Wright, LLP, by counsel Pablo A. Fernandez, Esq., attorneys for Plaintiff Ryan Horton, will move this Court pursuant to Local Rule 1.4, for an Order: (i) authorizing the withdrawal of Horn Wright, LLP as attorneys of record for Plaintiff Ryan Horton, and discharging said firm and its attorneys from further representation duties herein; (ii) adjourning any pending motions and/or scheduling deadlines affecting the parties for at least forty-five (45) days from the date of entry of the Order discharging Horn Wright, LLP as attorneys of record, so as to afford Plaintiff an opportunity to retain new counsel and for his new counsel to become familiar with the file; and (iii) for such other and further relief as this Court deems is just and proper.

      The motion is supported by the Declaration of Pablo A. Fernandez, attached hereto, and accompanying Memorandum of Law in Support. The motion will be heard by U.S. District Judge Anne Y. Shields at the United States District Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that the movant hereby waives oral argument in connection with the motion and consents to disposition on the papers but reserves the right to request oral argument in the event opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: Garden City, New York
February 11, 2026

                                      **HORN WRIGHT, LLP**
                                      *Attorneys for Plaintiff*

            By:    */S/ Pablo A. Fernandez*
                      Pablo A. Fernandez
                      400 Garden City Plaza, Suite 500
                      Garden City, New York 11530
                      Tel: 516.355.9696
                      paf@hornwright.com