

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

March 20, 2026

**VIA ECF**
Honorable Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**   ***Ryan Horton v. County of Nassau, et al.***
> 2:24-cv-07883(SJB)(AYS)
> ***Ryan Horton, et al. v. County of Nassau, et al***.
> 2:24-cv-07928 (SJB)(AYS)

Dear Judge Shields:

Horn Wright, LLP represents Plaintiff Ryan Horton in connection with the above-referenced matters. I write to inform the Court that the undersigned met today with Mr. Horton at the Nassau County Correctional Facility.

Mr. Horton has requested that this firm continue representing him in both of the referenced civil actions which are pending before this Court, and the firm has agreed to same. As such, the firm and the undersigned withdraw their Motion to Withdraw as counsel for Plaintiff Ryan Horton.

Therefore, it is respectfully requested that the Court schedule a conference for the purpose of holding a Rule 16(b)(1) conference in each action.

Thanking the Court for its time and consideration, I remain

> Respectfully yours,
> **HORN WRIGHT, LLP**
>
> By:   */s/Pablo A. Fernandez*
> Pablo A. Fernandez

cc:   Ryan Horton, CC #2023002962 (Via First Class Mail w/enc.)
Nassau County Correctional Center
100 Carman Avenue
East Meadow, New York 11554