Horn Wright LLP
ATTORNEYS AT LAW

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.355.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

September 9, 2026

**VIA ECF ONLY**
Honorable Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re.:** ***Ryan Horton v. County of Nassau, et al.***
Docket No.: 2:24-cv-07883 (SJB)(AYS)

Dear Magistrate Judge Shields:

Horn Wright, LLP represents Plaintiff Ryan Horton ("Plaintiff") in connection with the above-referenced matter. The present application is a joint request.

Pursuant to Your Honor's Individual Rules, the Parties respectfully request that the Court schedule a settlement conference. The Parties believe that a settlement conference before the Court would assist the Parties in possibly reaching a resolution. Therefore, it is respectfully requested that the Court schedule a settlement conference at a date and time convenient to the Court.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By: */S Pablo A. Fernandez*
Pablo A. Fernandez

cc: All Parties (*via ECF*)